AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

ESTEBAN RAMIREZ-MELGOZE, MARTHA A RAMIREZ,

        Plaintiffs-Appellants,

v.

COUNTRYWIDE HOME LOAN SERVICING LP, RECONTRUST COMPANY NA,

        Defendants-Appellees.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-0049-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED this case is dismissed with prejudice pursuant to the Order Denying Plaintiffs' Motion to Appeal Order Dismissing Adversary Proceeding entered on November 5, 2010, Ct Rec 39.

| | |
|---|---|
| November 8, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |